United States District Judge RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LINDA M. ANDERSON, ) | |
| ) | CIVIL NO. 3:12-cv-5253RBL-KLS |
| Plaintiff, ) | |
| ) | ORDER FOR EAJA FEES AND |
| vs. ) | EXPENSES |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

THIS MATTER having come on regularly before the undersigned upon Plaintiff's Motion to Award EAJA Fees and Expenses, and the Court agreeing that EAJA fees and expenses should be awarded, good cause having been shown, now, therefore, it is hereby

ORDERED that Plaintiff is hereby awarded EAJA fees of $5,714.00 and expenses in the sum of $22.92. Subject to any offset allowed under the Treasury Offset Program, as discussed in *Astrue v. Ratliff*, 130 S. Ct. 2521, 560 U.S. __ (2010), payment of this award shall be sent to Plaintiff's attorney Eitan Kassel Yanich at his address: Eitan Kassel Yanich, PLLC, 203 Fourth Avenue E., Suite 321, Olympia, WA. 98501.

ORDER FOR EAJA FEES AND EXPENSES -
[3:12-cv-5253RBL-KLS] - 1

Law Office of Eitan Kassel Yanich, PLLC
203 Fourth Avenue E., Suite 321
Olympia, WA. 98501
(360) 705-1226

1  After the Court issues the order for EAJA fees and expenses, the Commissioner will
2  consider the matter of Plaintiff's assignment of EAJA fees and expenses to Plaintiff's
3  attorney.  Pursuant to *Astrue v. Ratliff*, the ability to honor the assignment will depend on
4  whether the EAJA fees and expenses are subject to any offset allowed under the Treasury
5  Offset Program.  The Commissioner agrees to contact the Department of Treasury after
6  the order for EAJA fees and expenses is entered to determine whether the EAJA fees and
7  expenses are subject to any offset.  If the EAJA fees and expenses are not subject to any
8  offset, the EAJA attorney's fees and expenses will be paid directly to plaintiff's attorney
9  Eitan Kassel Yanich, either by direct deposit or by check payable to him and mailed to
10 his address.

11  DATED this 16th day of January, 2013.

_____
Ronald B. Leighton
United States District Judge

Presented by:

S/EITAN KASSEL YANICH_____
EITAN KASSEL YANICH, WSBA #13690
Attorney for Plaintiff

ORDER FOR EAJA FEES AND EXPENSES -
[3:12-cv-5253RBL-KLS] - 2

Law Office of Eitan Kassel Yanich, PLLC
203 Fourth Avenue E., Suite 321
Olympia, WA. 98501
(360) 705-1226